No. 356. ANDREWS, TRUSTEE IN BANKRUPTCY, *v.* METROPOLITAN JOCKEY CLUB ET AL. October 12, 1942. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Horace M. Gray* and *Charles E. Wythe* for petitioner. *Messrs. Joseph S. Auerbach, Martin A. Schenck,* and *Harold C. McCollom* for respondents.

No. 259. REEVES, COMMISSIONER OF REVENUE, *v.* WILLIAMSON, TRUSTEE. See *ante,* p. 593.

No. 362. MOSES *v.* HUNTER, WARDEN. October 19, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Joseph E. Moses, pro se. Solicitor General Fahy* and *Assistant Attorney General Berge* for respondent.

No. 368. BELL *v.* UNITED STATES. October 19, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Robert Vivion Bell, pro se. Solicitor General Fahy* for the United States.

No. 382. McDONALD ET AL. *v.* HUDSPETH, WARDEN. October 19, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Walter McDonald* and *Otto Barnowski, pro se. Solicitor General Fahy* and *Assistant Attorney General Berge* for respondent.